FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 25 2005

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRY WESLEY GUEST                               PLAINTIFF

VS.                      NO. 3:04CV00290 SWW

CRAIGHEAD COUNTY SHERIFF'S DEPARTMENT,
JACK McCANN, SHERIFF OF CRAIGHEAD COUNTY,
CITY OF BROOKLAND, a municipality, BROOKLAND
POLICE DEPARTMENT, MARK RUSSER, CHIEF OF
POLICE OF BROOKLAND, AARON MURPHY,
Individually and in his official capacity as a police officer
for the Brookland Police Department, DEPUTY BASSHAM,
DEPUTY JOHNSON, DEPUTY RICHARDSON, Individually
and in their official capacity as Deputies for the Craighead
County Sheriff's Department in Jonesboro, Arkansas       DEFENDANTS

## ORDER OF DISMISSAL

The parties have reached a final settlement agreement in this matter. Therefore, this case is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED this 24th day of October, 2005.

_____
Honorable Susan Webber Wright

Approved: _____
Mr. Stephen F. Libby
Attorney for Plaintiff

_____
Jason E. Owens, Attorney for Defendants